**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

**LAW OFFICE OF L. PAUL MANKIN**
L. Paul Mankin, IV (SBN 264038)
4655 Cass St., Ste. 410
San Diego, CA 92109
T: (800) 219-3577
F: (323) 207-3855
Pmankin@paulmankin.com

Attorneys for Plaintiff
Jon Pastore

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PASTORE, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:19-cv-01427-JLS-ADS |
| Plaintiff, | **STIPULATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |
| vs. | |
| OX CAR CARE, INC., | |
| Defendant. | |

NOW COMES Plaintiff, JON PASTORE, and Defendant, OX CAR CARE, INC., by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter. Plaintiff dismisses his individual claims with prejudice and the putative class claims without prejudice, pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

RESPECTFULLY SUBMITTED,

Dated: April 23, 2020                **MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

Dated: April 23, 2020                **LAW OFFICE OF L. PAUL MANKIN**

By: /s/ L. Paul Mankin

L. Paul Mankin
*Attorney for Plaintiff*

Dated: April 23, 2020                **LAW OFFICES OF CHRISTOPHER K JAFARI**

By: /s/ Christopher K. Jafari

Christopher K. Jafari
*Attorney for Defendant*

## PROOF OF SERVICE

I, G. Thomas Martin, III, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 6464 W. Sunset Blvd., Suite 960, Los Angeles, CA 90028. On April 23, 2020, I served the following documents:

**STIPULATION TO DISMISS**

On all parties of record, through counsel

By the following means of service:

[X]  **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]  **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on April 23, 2020, at Los Angeles, California.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III