UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PASTORE, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> vs.<br><br>OX CAR CARE, INC.,<br><br>   Defendant(s). | Case No.: 8:19-cv-01427-JLS-ADS<br><br>**ORDER RE PROPOSED DISMISSAL OF CLASS CLAIMS** |

  The Court has reviewed the parties' Stipulation of Dismissal. (Doc. 25.) In this putative class action, presumably based on settlement, the parties seek dismissal of the individual claims of the named Plaintiff with prejudice and the class claims without prejudice. Upon review, the Court DENIES the parties' stipulation.

  The denial is without prejudice.

  Where parties in a putative class action reach a settlement of the named plaintiff's individual claims, the named plaintiff must articulate why the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408

(9th Cir. 1989), favor dismissal and why notice need not be provided to the putative class. The Court requires the parties to submit their settlement agreement to the Court for review.

The Settlement Agreement may be filed under seal without further Order of the Court, but must bear the notation referred to in Local Rule 79-5.2.2(c).

**IT IS IT IS SO ORDERED.**

Dated: April 29, 2020

Hon. Josephine L. Staton
United States Distict Judge