JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PASTORE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>       vs.<br><br>OX CAR CARE, INC.,<br><br>              Defendant. | Case No. 8:19-cv-01427-JLS-ADS<br><br>**ORDER OF DISMISSAL** |

1  IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the claims of the individual Plaintiff, JON PASTORE, against Defendant, OX CAR CARE, INC., are dismissed WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that, pursuant to the stipulation of the parties, the claims of the putative class members against Defendant, OX CAR CARE, INC., are hereby dismissed WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear their own costs and expenses.

Dated: June 09, 2020

_____
The Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE